**Opinion filed December 18, 2008**



In The

# Eleventh Court of Appeals

_____

## No. 11-08-00290-CV

_____

### IN THE MATTER OF THE ESTATE OF
### WILLIAM PITT REDUS, DECEASED

**On Appeal from the County Court**

**Palo Pinto County, Texas**

**Trial Court Cause No.  8337**

### M E M O R A N D U M   O P I N I O N

The trial court granted David Elliott's motion to dismiss for lack of interest in the estate and dismissed the will contest and application for probate filed by Richard Queen.  Queen filed a notice of appeal.  We dismiss.

The trial court signed its order on July 15, 2008.  Queen filed his motion for new trial on August 18, 2008, thirty-four days after the date the order was signed.  Queen filed his notice of appeal on September 29, 2008, seventy-six days after the date the order was signed.

Upon receiving the docketing statement and copies of the order, motion for new trial, and notice of appeal, the clerk of this court wrote the parties advising them that it appeared the motion for new trial and, therefore, the notice of appeal were not timely filed.  The clerk directed Queen to

respond on or before November 25, 2008, showing grounds for continuing the appeal.  There has been no response to our letter.

Queen has not timely perfected an appeal pursuant to TEX. R. APP. P. 26.1.  Therefore, the appeal is dismissed for want of jurisdiction.

PER CURIAM

December 18, 2008

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.